# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JORGE SOSA, <br><br> Defendant. | Case No. ED CR 10-049-VAP <br><br> **ORDER OF DETENTION** <br><br> IN RE MATERIAL WITNESS: <br> SANTOS LOPEZ ALONZO |

The court finds that there are no conditions or combination of conditions that will insure the appearance in court of material witness Santos Lopez Alonzo. He is undocumented, has no ties to the community and no bail resources.

IT IS ORDERED that Santos Lopez Alonzo be detained without bond

IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

1  IT IS FURTHER ORDERED that, on order of a Court of the United States or
2 on request of any attorney for the Government, the person in charge of the corrections
3 facility in which defendant is confined deliver the defendant to a United States
4 marshal for the purpose of an appearance in connection with a court proceeding.

6 DATED: March 15, 2011

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE